UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEREMIAH YOUNG, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MAINE DEPARTMENT OF CORRECTIONS, )<br>et als., )<br>)<br>Defendants ) | Civil No. 1:16-cv-00407 |

**ANSWER**

Defendants Maine Department of Corrections, Scott Harvey and Jordan Miller hereby answer the Complaint as follows:

I. Previous Lawsuits

Defendants deny that plaintiff has not filed other lawsuits relating to his imprisonment.

II. Place of Confinement

Defendants admit the allegations in Paragraph C.

III. Parties

Defendants admit that plaintiff is incarcerated at the Maine State Prison. Defendants admit that Scott Harvey is a corrections sergeant and Jordan Miller is a corrections officer at the prison.

IV. Statement of Claim

Defendants deny the allegations in Section IV of the Complaint.

1

22. Relief

This paragraph states a claim for relief, and no response is required.

WHEREFORE, defendants request that judgment be entered in their favor and that they be awarded costs and attorney fees.

AND FURTHER ANSWERING, defendants state:

## AFFRIMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Any claim for damages for mental or emotional distress is barred by the fact that plaintiff did not suffer more than a de minimis injury.

3. Any claim as to the Department of Corrections is barred by operation of the Eleventh Amendment.

4. Plaintiff's injuries, if any, resulted from his own conduct, and his recovery is barred.

5. Any recovery by the plaintiff must be reduced by an amount attributable to his own fault.

6. Plaintiff's injuries, if any, resulted from the conduct of a third person, for whose conduct defendants are not responsible.

7. The individual defendants are entitled to qualified immunity for their actions.


November 15, 2016                                       __/s/ James E. Fortin___
                                                        James E. Fortin
                                                        Assistant Attorney General

Office of the Attorney General
Six State House Station
Augusta, ME 04333
626-8800

2

Certificate of Service

      The undersigned hereby certifies that he electronically filed the above document with the Clerk of Court using the CM/ECF system, and that he mailed a copy, postage paid, to the plaintiff at the following address:

Jeremiah Young
Maine State Prison
807 Cushing Road
Warren, ME 04864

November 15, 2016                                   /s/ James E. Fortin
                                                               James E. Fortin
                                                               Assistant Attorney General