UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEREMIAH YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:16-cv-00407-JAW |
| | ) |
| DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OVERRULING OBJECTION TO ORDER ON MOTION TO APPOINT COUNSEL**

On August 10, 2016, Jeremiah Young, acting pro so, filed a complaint against the state of Maine Department of Corrections, Sergeant Harvey, and Corrections Officer Jordan Miller (the State Defendants) under 42 U.S.C. § 1983, alleging that, despite prior notice from Mr. Young, the Department and these officers failed to protect him against threats being made against him by a fellow inmate in the Maine State Prison, and that the inmate subsequently assaulted him, causing him considerable pain and suffering.  *Compl.* (ECF No. 1).  On August 10, 2016, Mr. Young moved to be allowed to proceed in forma pauperis, and the Magistrate Judge granted that motion on August 11, 2016.  *Mot. for Leave to Proceed In Forma Pauperis* (ECF No. 2); *Order Granting Mot. for Leave to Proceed In Forma Pauperis* (ECF No. 4).  On November 15, 2016, the State Defendants filed an answer to Mr. Young's Complaint.  *Answer* (ECF No. 12).

On December 2, 2016, Mr. Young moved the Court to appoint counsel to represent him in the pending action. *Mot. for Appointment of Counsel* (ECF No. 14). On December 30, 2016, the Magistrate Judge denied the motion, noting that Mr. Young failed to demonstrate "exceptional circumstances" necessary to warrant the appointment of counsel. *Order on Mot. to Appoint Counsel* (ECF No. 15). On January 13, 2017, Mr. Young moved for reconsideration of the order to the Magistrate Judge and also objected to the Order to this Court. *Mot. for Recons. for Court Appointed Counsel*; *Objection to Order Fed. R. Civ. P. 72* (ECF Nos. 16 and 17). On January 19, 2017, the Magistrate Judge denied Mr. Young's motion for reconsideration. *Order on Mot. for Recons.* (ECF No. 18).

As the appointment of counsel is a non-dispositive matter, the legal standard for this Court's review of the Magistrate Judge's orders is whether the Magistrate Judge's decision is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Here, Mr. Young has not provided a convincing basis for the Court to conclude that his case presents "exceptional circumstances" within the meaning of *DesRosiers v. Moran*, 949 F.2d 15, 23-24 (1st Cir. 1991). Accordingly, the Court overrules Mr. Young's objection to the orders of the Magistrate Judge.

The Court OVERRULES Jeremiah Young's Objection to Order (ECF No. 17), and AFFIRMS the Order on Motion to Appoint Counsel (ECF No. 15).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2017